The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH JIMENEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., d/b/a WALMART #4137, and J. Does 1-10,<br><br>Defendant. | NO. 3:22-cv-05585-BAT<br><br>DECLARATION OF EDDY SILVERMAN, ESQ., IN SUPPORT OF WALMART INC.'S MOTION FOR SUMMARY JUDGMENT |

I, Eddy Silverman, Esq., hereby declare and say:

1. That I am an attorney at the law firm of WILLIAMS KASTNER & GIBBS, PLLC, and I am licensed to practice law in this Court.

2. I am over the age of eighteen and a U.S. citizen. I have personal knowledge of the facts referred to in this Declaration and could competently testify to these facts if called upon to do so in a court of law.

3. Along with Rodney L. Umberger, I represent WALMART INC. ("Walmart") in the above-captioned lawsuit, and I am making this Declaration in support of Walmart's Motion for Summary Judgment ("Walmart's Motion")

4. This declaration is identifiable as <u>**Exhibit A**</u> to Walmart's Motion.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

5. Attached hereto as **<u>Exhibit B</u>** are true and correct copies of post-incident photos related to the incident in question.

6. Provided separately but identifiable as **<u>Exhibit C</u>** hereto is a true and complete copy of Walmart's surveillance video footage of the events in question.

7. Attached hereto as **<u>Exhibit D</u>** is the Order Granting Walmart's Motion for Summary Judgment in *Powers v. Walmart* (Case No. 2:18-cv-1883).

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 12th day of January 2023.

s/Eddy Silverman
Eddy Silverman, WSBA # 53494



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600