# Exhibit B


shopping at
Exit
Exit
Enter


UTION
WET
FLOOR




WM_000007


CAUTION
WET
FLOOR




WM_000009


Pickup
From Toys to TVs.
Order online. Pick up at store.
Enter
Exit
QUICK

WM_000010


WE CARE ABOUT
OUR COMMUNITY
Pickup
From Toys to TVs.
How we help.
20018656
Wipe away germs.
Enter
NOW HIRING!
SINGLE CUP PERFECTION
LOOK BEFORE YOU LEAVE




WM_000012


Exit
Treasure Shoppe
Toy Shoppe
50¢ To Play!
$195 FOR IPHONE X
Instant Cash for Phones
FREE
redbox.
NEW RELEASE movies & games
Engraved I.D. Tags
QUICK TAG
Tag Your World
Exit
CAUTION
WET FLOOR

WM_000013