# Exhibit C

This Exhibit consists of a video that will be sent to both counsel of record and the Court.
See Notice of Filing Paper or Physical Materials with the Clerk filed contemporaneously

File Name: [Video-1]_RM2019122400210_Clip00001_1000000_1